# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | :    CRIMINAL NO. 19-00284-JB-N |
| OSCAR GUILLEN-ORELLANA | : |

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 86) and without any objection having been filed by the parties, the Defendant's plea of guilty to Count One of the Indictment/Information is now accepted, and the Defendant is adjudged guilty of such offense. A sentencing hearing has been scheduled for **September 21, 2020 at 9:30 a.m.** in Courtroom 4A before the undersigned.

**DONE** and **ORDERED** this 7th of July 2020.

s/Jeffrey U. Beaverstock
UNITED STATES DISTRICT JUDGE